JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR18-051-RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION FOR TERMINATION OF SUPERVISED RELEASE |
| MICHAEL PERRY, | ) | |
| Defendant. | ) | |

This matter has come before the Court on Michael Perry's motion to terminate his remaining period of supervised release. The Court has reviewed the motion, records, and files herein, as well as the factors set forth in 18 U.S.C. § 3553(a).

IT IS NOW ORDERED that Michael Perry's term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e).

DATED this 18th day of October 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Submitted by:

s/ *Sara Brin*
Assistant Federal Public Defender
Attorney for Michael Perry

ORDER FOR TERMINATION
OF SUPERVISED RELEASE
(*United States v. Perry*, CR18-051-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100